UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAY MOUA

        Plaintiff(s),

    v.

INTERNATIONAL BUSINESS
MACHINES CORP. and JOSEPH KOENIG
        Defendant(s).
_____/

CASE NO. C 10-01070 JW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ✓ Private ADR *(please identify process and provider)* Private Mediation
The parties will propose candidates and will work to select a mediator

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓ other requested deadline 120 days from date of referral

Dated: 8/30/2010

                                            Attorney for Plaintiff

Dated: 8/30/2010

                                            Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

*[Stamp: IT IS SO ORDERED AS MODIFIED / Judge James Ware / Northern District of California]*

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    Mediation
✓   Private ADR

Deadline for ADR session
    90 days from the date of this order.
✓   other   120 days from the date of this order.

IT IS SO ORDERED.

Dated: September 1, 2010

*/s/ James Ware*
Honorable James Ware
UNITED STATES DISTRICT JUDGE