| | |
|---|---|
| Aaron L. Agenbroad (State Bar No. 242613) | Alan B. Bayer (State Bar No. 216706) |
| alagenbroad@jonesday.com | alanbayer@aol.com |
| Catherine Nasser (State Bar No. 246191) | Heather E. Borlase (State Bar No. 216729) |
| cnasser@jonesday.com | heatherborlase@aol.com |
| JONES DAY | BAYER & BORLASE |
| 555 California Street, 26th Floor | 912 Cole Street, #238 |
| San Francisco, CA 94105 | San Francisco, CA 94117 |
| Telephone:   (415) 626-3939 | Telephone:   (415) 558-9960 |
| Facsimile:    (415) 875-5700 | Facsimile:    (415) 558-9970 |

Matthew W. Lampe (admitted *pro hac vic*e)
mwlampe@jonesday.com
Wendy C. Butler (admitted *pro hac vice*)
wbutler@jonesday.com
JONES DAY
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Attorneys for Defendant
INTERNATIONAL BUSINESS
MACHINES CORPORATION

Attorneys for Plaintiff
MAY MOUA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAY MOUA, individually and on behalf of all others similarly situated, and for the interest of the general public,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**INTERNATIONAL BUSINESS MACHINES CORPORATION, a California business entity, form unknown, JOSEPH KOENIG, an Individual and DOES l-200,**<br><br>**Defendant.** | **Case No. C 10-01070 JW**<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Pursuant to ADR Local Rule 2-3 and Civil Local Rule 7-12, all parties to this action, through their duly authorized undersigned counsel, stipulate and request as follows:

WHEREAS, on August 30, 2010, the parties filed a Stipulation and [Proposed] Order

1  Selecting ADR Process, choosing private mediation as the preferred method of alternative dispute
2  resolution.  (Docket No. 13.)
3         WHEREAS, on September 1, 2010, the Court entered an Order referring the above-
4  captioned matter to private mediation to be completed on or before December 30, 2010.  (Docket
5  No. 14.)
6         WHEREAS, after a meaningful and diligent effort to select an agreed-upon private
7  mediator, including the exchange of information related to potential mediators, the parties have
8  been unable to agree upon a private mediator at this time.
9         WHEREAS, both parties believe that this matter may be better suited for the Court ADR
10 process, specifically, mediation pursuant to ADR Local Rule 6.
11        WHEREAS, subject to the appointed mediator's availability, the parties agree to hold the
12 mediation within sixty (60) days from the date of referral.
13        IT IS HEREBY STIPULATED by and between the parties, through their respective
14 counsel:
15     1. The parties shall participate in a Court sponsored mediation pursuant to ADR
16        Local Rule 6.
17     2. Subject to the appointed mediator's availability, the parties shall hold the ADR
18        session within sixty (60) days from the date of referral.
19 **IT IS SO STIPULATED.**
20        I hereby attest that I have on file all holograph signatures for any signatures indicated by a
21 "conformed" signature (/S/) within this efiled document.

22 Dated: December 10, 2010                    Respectfully submitted,
23                                             Jones Day
24
25                                             By:  /S/ Catherine S. Nasser
                                                    Catherine S. Nasser
26
                                               Counsel for Defendant
27                                             INTERNATIONAL BUSINESS MACHINES
                                               CORPORATION
28

STIPULATION AND [PROPOSED] ORDER                              Case No. C 10-01070 JW
SELECTING ADR PROCESS                   - 2 -

Dated: December 9, 2010

Respectfully submitted,

Bayer & Borlase

By: /S/ Alan B. Bayer
Alan B. Bayer

Counsel for Plaintiff
MAY MOUA

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: December 13, 2010

Hon. James Ware
United States District Court Judge

SFI-655865v1

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS

- 3 -

Case No. C 10-01070 JW