UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| MAY MOUA,<br>        Plaintiff,<br><br>    v.<br>INTERNATIONAL BUSINESS MACHINES<br>CORPORATION, et al.,<br>        Defendants.<br>_____/ | No. C 10-1070 JW MED<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:     February 10, 2011<br>Mediator: Jody LeWitter |

    IT IS HEREBY ORDERED that the request for defendant Joseph Koenig to attend telephonically the mediation before Jody LeWitter on February 10, 2011, is GRANTED.  Mr. Koenig shall be available to participate telephonically in the mediation at all times in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

February 1, 2011        By:        *Elizabeth D. Laporte*
Dated                                           Elizabeth D. Laporte
                                                  United States Magistrate Judge