IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAY MOUA, | CASE NO. 5:10-cv-01070 EJD |
| Plaintiff(s), | **ORDER TO FILE SUPPLEMENTAL CASE MANAGEMENT STATEMENT** |
| v. | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, et. al. | |
| Defendant(s). | |

Having determined that Plaintiff may file a Second Amended Complaint and pursue claims under Private Attorneys General Act, California Labor Code § 2699, without meeting class certification requirements (see Docket Item No. 64), the court orders the parties to hold a further conference under Federal Rule of Civil Procedure 26(f).

On or before February 10, 2012, the parties shall then file a Supplemental Joint Case Management Statement which provides, inter alia, a proposed schedule for second-phase discovery, as well as further dates as required by this District's Standing Order for Contents of a Joint Case Management Statement.

**IT IS SO ORDERED.**

Dated: January 31, 2012

EDWARD J. DAVILA
United States District Judge