1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

SAN JOSE DIVISION

10

MAY MOUA, individually and on behalf of
other former and current employees, and for
the interest of the general public,

CASE NO. 5:10-cv-01070 EJD

11

**ORDER CONTINUING PRELIMINARY
PRETRIAL CONFERENCE**

12
13

Plaintiff(s),

v.

14

INTERNATIONAL BUSINESS
MACHINES CORPORATION, et. al.,

15
16

Defendant(s).

17
_____/

18        Having reviewed the parties' Joint Preliminary Pretrial Conference Statement (see Docket

19   Item No. 94), the court finds that a Preliminary Pretrial Conference is premature at this time.

20   Accordingly, the conference scheduled for March 1, 2013, is CONTINUED to **June 28, 2013, at**

21   **11:00 a.m.** subject to the following orders:

22        1.   Plaintiff may file an administrative motion to modify the scheduling order under

23             Federal Rule of Civil Procedure 16(b)(4) in order to accommodate her request to

24             serve a Request for Admissions.  The deadlines for this motion, if filed, would be

25             governed by Civil Local Rule 7-11;

26        2.   The parties may file a stipulation or administrative motion pursuant to Civil Local

27             Rule 7-11 for consideration by the court in order to modify the briefing deadlines for

28             any further summary judgment motions.  However, the court will not modify the

**United States District Court**
For the Northern District of California

1

United States District Court

For the Northern District of California

1          briefing deadlines until such time as the motion(s) are actually filed.  Under the

2          current case schedule, the deadline for filing dispositive motions remains as March

3          29, 2013.  <u>See</u> Docket Item No. 93.

4      3.      The parties shall file an updated Preliminary Pretrial Conference Statement **on or**

5          **before June 18, 2013**.

6  **IT IS SO ORDERED.**

7

8  Dated:  February 26, 2013



                   EDWARD J. DAVILA

9                     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 5:10-cv-01070 EJD
ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE