Aaron L. Agenbroad (State Bar No. 242613)
Catherine Nasser (State Bar No. 246191)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94105
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700
Email: cnasser@jonesday.com

Matthew W. Lampe (admitted *pro hac vice*)
mwlampe@jonesday.com
Wendy C. Butler (admitted *pro hac vice*)
wbutler@jonesday.com
JONES DAY
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAY MOUA, individually and on behalf of other former and current employees, and for the interest of the general public,**<br><br>Plaintiffs,<br><br>v.<br><br>**INTERNATIONAL BUSINESS MACHINES CORPORATION, a California Business Entity, form unknown, JOSEPH KOENIG, an Individual, VENKATASUBRAMANIAM IYER, an Individual, and DOES 1-199,**<br><br>**Defendants.** | Case No. C 10-01070 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE PLAINTIFF'S CLAIMS ON BEHALF OF PAGA MEMBER LINDA BENSON** |

WHEREAS, Plaintiff May Moua ("Moua") asserts non-class representative claims under California's Private Attorneys General Act ("PAGA") on behalf of a number of individuals identified in the Second Amended Complaint and attached Exhibits, including Linda Benson;

1  WHEREAS, the time frame relevant to Plaintiff's PAGA claims is December 9, 2008 to
2  present;

3  WHEREAS, in November 2012, Defendants informed Plaintiff that Ms. Benson went on
4  leave prior to December 9, 2008 and remained on leave up through the date her employment with
5  Defendant International Business Machines Corporation terminated;

6  WHEREAS, Plaintiff's counsel confirmed through direct discussions with Ms. Benson
7  that she was on leave and/or not employed by IBM during the relevant time period;

8  WHEREAS, based upon the foregoing, Plaintiff has decided not to pursue claims on
9  behalf of Linda Benson;

10  NOW, THEREFORE, Moua and Defendants stipulate as follows:

11  1.  Moua's claims on behalf of Linda Benson are hereby dismissed with prejudice
12  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The parties shall bear their own costs
13  and attorneys' fees associated with Moua's pursuit of claims on behalf of Linda Benson.

14  2.  The parties agree that Ms. Benson is not a party in this matter and does not join in
15  this stipulation.

17  Dated: March 27, 2013                                          Dated: March 27, 2013

19  By: /s/Matthew Lampe                                           By:/s/Alan Bayer
      Matthew W. Lampe                                                 Alan B. Bayer
      JONES DAY                                                        BAYER & BORLASE
20    222 East 41st Street                                             912 Cole Street, #238
      New York, New York  10017-6702                                   San Francisco, CA 94117
21    Telephone: 212-326-3939                                          Telephone:  415-558-9960
      Facsimile: 212-755-7306                                          Facsimile: 415-558-9970
22    *Attorneys for Defendants*                                       *Attorneys for Plaintiff*

24  PURSUANT TO STIPULATION, IT IS
    SO ORDERED:

25  Date:        3/28/2013

                                                                  _____
27                                                                EDWARD DAVILA
                                                                  UNITED STATES DISTRICT JUDGE