IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MAY MOUA,

                Plaintiff(s),

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION,

                Defendant(s).

CASE NO. 5:10-cv-01070 EJD

**ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE**

Having reviewed the parties updated joint statement (see Docket Item No. 238), the court finds that a Preliminary Pretrial Conference is premature at this time. Accordingly, the conference scheduled for June 28, 2013, is CONTINUED to **September 6, 2013, at 11:00 a.m.** The parties shall file an updated Joint Preliminary Pretrial Conference Statement on or before **August 27, 2013.**

**IT IS SO ORDERED.**

Dated: June 20, 2013

                                              EDWARD J. DAVILA
                                              United States District Judge

CASE NO. 5:10-cv-01070 EJD
ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE