**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

***E-FILED***
**TOTAL TIME: 1 hr**

**CIVIL MINUTES**

**Judge: Edward J. Davila**
**Date: July 19, 2013**
**Case No.: C-10-01070 EJD**
**Related Case No.: N/A**

**Courtroom Deputy: Elizabeth Garcia**
**Court Reporter: Lee-Anne Shortridge**
**Special Master: N/A**
**Interpreter: N/A**

**CASE TITLE**

**May Moua v. Internation Business Machines Corporation et al**

**APPEARANCES**

**Attorney(s) for Plaintiff(s): Alan Bayer, Heather Borlase**
**Attorney(s) for Defendant(s): Wendy Butler, Matthew Lampe**

**PROCEEDINGS**

**1. Motions for Summary Judgment and Partial Summary Judgment by defendants (Docket Item Nos. 101 -103, 109 -110, 122 - 124, 126 - 131, 134 - 137)**
**2. Motion for Sanctions by defendants (Docket Item Nos. 120)**
**3. Motion for Judgment on the Pleadings by defendants (Docket Item Nos 132)**

**ORDER AFTER HEARING**

**Hearing held. The Court took the matter under submission after oral argument. The Court to issue further order following hearing.**

Elizabeth C. Garcia
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: