| | |
|---|---|
| Aaron L. Agenbroad (State Bar No. 242613)<br>Catherine Nasser (State Bar No. 246191)<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone:    (415) 626-3939<br>Facsimile:    (415) 875-5700<br>Email: cnasser@jonesday.com<br><br>Matthew W. Lampe (admitted *pro hac vice*)<br>mwlampe@jonesday.com<br>Wendy C. Butler (admitted *pro hac vice*)<br>wbutler@jonesday.com<br>JONES DAY<br>222 East 41st Street<br>New York, NY 10017<br>Telephone:    (212) 326-3939<br>Facsimile:    (212) 755-7306<br><br>Attorneys for Defendants<br>INTERNATIONAL BUSINESS MACHINES<br>CORPORATION, JOSEPH KOENIG AND<br>VENKATASUBRAMANIAM IYER | Alan B. Bayer (State Bar No. 216706)<br>Heather E. Borlase (State Bar No. 216729)<br>BAYER & BORLASE<br>912 Cole Street, #238<br>San Francisco, CA 94117<br>Telephone:    (415) 558-9960<br>Facsimile:    (415) 558-9970<br>Email: alanbayer@aol.com<br>Email: heatherborlase@aol.com<br><br>Attorneys for Plaintiffs<br>MAY MOUA and PAGA members |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MAY MOUA, individually and on behalf of all others similarly situated, and for the interest of the general public<br><br>**Plaintiff,**<br><br>v.<br><br>**INTERNATIONAL BUSINESS MACHINES CORPORATION, a California Business Entity, form unknown, JOSEPH KOENIG, an Individual, VENKATASUBRAMANIAM IYER, an Individual and DOES 1-200,**<br><br>**Defendants.** | Case No. C 10-01070 EJD<br><br>**SECOND UPDATED PRELIMINARY PRETRIAL CONFERENCE STATEMENT** |

Pursuant to this Court's June 21, 2013 Order, the parties submit this Second Updated Preliminary Pretrial Conference Statement. The parties incorporate prior responses set forth in their February 19, 2013 Preliminary Pretrial Conference Statement and June 18, 2013 Updated

Preliminary Pretrial Conference Statement (hereinafter "prior submissions"), and include only updates below.

### A. Jurisdiction

No updates.

### B. Substance of the Action

No updates.

### C. Legal Issues

No updates.

### D. Motions

#### 1. Pending and Anticipated Motions

Defendants' pending motions (Dkts 101-103, 109, 110, 120, 122-124, 126-128, 130-137) were described in the June 18, 2013 submission. On July 19, 2013, the Court heard argument on the motions.

#### 2. Prior Motions

No updates.

### E. Discovery

No updates.

### F. ADR

No updates.

### G. Bifurcation and Separate Trial of Issues

As noted in the prior submissions, the parties have certain disagreements over bifurcation and separate trial of issues. The parties propose that they continue to meet and confer over these issues. There is a possibility that the parties can agree upon a proposal after the Court has ruled on the pending motions.

### H. Trial:

As stated in the prior submissions, the parties agree that they are not ready for trial at this time. The Court's ruling on the pending motions will have a significant impact on the scope of trial and pretrial proceedings and may also assist the parties in reaching agreement over the

appropriate trial structure. The parties believe that the Court should decide these motions before setting final pretrial and trial dates to enable the parties to factor the decisions into their pretrial planning and discussions.

**I. Scheduling**

A preliminary pretrial conference is currently scheduled for September 6, 2013. (Dkt. 239.) The parties believe that the conference would be more productive if rescheduled for a date that is at least three weeks after the Court has ruled on the pending motions.

Dated: August 27, 2013                                    JONES DAY

                                                          By:  /S/ Wendy C. Butler
                                                               Wendy C. Butler
                                                               Attorneys for Defendants
                                                               INTERNATIONAL BUSINESS
                                                               MACHINES CORPORATION,
                                                               JOSEPH KOENIG AND
                                                               VENKATASUBRAMANIAM IYER

Dated: August 27, 2013                                    BAYER & BORLASE

                                                          By:  /S/ Alan B. Bayer
                                                               Heather E. Borlase
                                                               Alan Bayer
                                                               Attorneys for Plaintiff
                                                               MAY MOUA and PAGA members

NYI-4539966v1

SECOND UPDATED PRELIMINARY
PRETRIAL CONFERENCE STATEMENT                - 3 -                        Case No. C 10-01070 EJD