*United States District Court*
*For the Northern District of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAY MOUA, individually and on behalf of all other similarly situated, and for the interest of the general public, | CASE NO. 5:10-cv-01070 EJD |
| Plaintiff(s), | **ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, et. al., | |
| Defendant(s). | |

Having reviewed the parties' Joint Preliminary Pretrial Conference Statement (<u>see</u> Docket Item No. 253), the court finds that a pretrial conference is premature at this time. Accordingly, the Preliminary Pretrial Conference scheduled for September 6, 2013, is VACATED and will be rescheduled in the order addressing the presently submitted motions.

**IT IS SO ORDERED.**

Dated: August 30, 2013

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:CV 10-01070-EJD
ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE