Aaron L. Agenbroad (State Bar No. 242613)
aagenbraod@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94105
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Matthew W. Lampe (admitted *pro hac vice*)
mwlampe@jonesday.com
Wendy C. Butler (admitted *pro hac vice*)
wbutler@jonesday.com
JONES DAY
250 Vesey St.
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Attorneys for Defendants


Alan B. Bayer (State Bar No. 216706)
alanbayer@aol.com
BAYER LAW & MEDIATION
912 Cole Street, #238
San Francisco, CA 94117
Telephone:     (415) 558-9960
Facsimile:     (415) 558-9970

Attorneys for Plaintiff May Moua

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAY MOUA, individually and on behalf of other former and current employees, and for the interest of the general public,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**INTERNATIONAL BUSINESS MACHINES CORPORATION, a California Business Entity, form unknown, JOSEPH KOENIG, an Individual, VENKATASUBRAMANIAM IYER, an Individual, and DOES 1-199,**<br><br>**Defendants.** | Case No.  C 10-01070 EJD<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE FOR PRELIMINARY PRETRIAL CONFERENCE AND PRELIMINARY PRETRIAL CONFERENCE STATEMENT** |

All parties to this action, though their duly authorized undersigned counsel, stipulate and request as follows:

WHEREAS, in 2013, Defendants filed various motions, including motions for summary judgment as to Plaintiff's PAGA claim on behalf of 16 of the 25 individuals (including herself) whom she sought to represent at that point (Docket Nos. 101-103, 109, 110, 122-124, 126-128, 130, 131, 133-135) and a Motion for Partial Summary Judgment as to Plaintiff's Claims in Counts 7-15 (Docket No. 263);

WHEREAS, on August 30, 2013, the Court determined that the preliminary pretrial conference scheduled for September 6, 2013 was premature and entered an order vacating the conference and noting that it would be rescheduled in the order resolving Defendants' then pending motions;

WHEREAS, the Court has now ruled on all of Defendants' motions, narrowing the issues that remain in the case;

WHEREAS, in its Order addressing Defendants' Motion for Partial Summary Judgment as to Plaintiff's Claims in Counts 7-15 (Docket No. 263), the Court set a preliminary pretrial conference for May 2, 2019 at 10:00 a.m. and directed the parties to file a joint preliminary pretrial conference statement no later than April 22, 2019;

WHEREAS, after the Court issued this Order, counsel for the parties conferred and discussed their mutual desire to explore resolving the remaining claims through mediation;

WHEREAS, counsel for the parties agree that delaying the preliminary pretrial conference by approximately 90 days and extending the deadline to file the joint preliminary pretrial conference statement will provide the parties an opportunity to explore the possibility of resolving the remaining claims through mediation;

WHEREAS, the parties have not received a time modification in this case since June 6, 2013 (Docket No. 185);

WHEREAS, the parties agree to this extension in good faith and not to unduly delay the progress of this case;

WHEREAS, there is no current case schedule that will be affected by this extension.

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel:

1. The preliminary pretrial conference, currently scheduled for May 2, 2019 at 10:00 a.m. is adjourned until August 1, 2019 at 10:00 a.m.

2. The deadline for filing the joint preliminary pretrial conference statement shall be July 22, 2019.

**IT IS SO STIPULATED.**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: April 18, 2019                                  Dated: April 18, 2019

By: /s/ Matthew W. Lampe                               By:/s/ Alan B. Bayer
    Matthew W. Lampe                                    Alan B. Bayer
    JONES DAY                                           BAYER LAW & MEDIATION
    250 Vesey Street                                    912 Cole Street, #238
    New York, New York 10281                            San Francisco, CA 94117
    Telephone: 212-326-3939                             Telephone: 415-558-9960
    Facsimile: 212-755-7306                             Facsimile: 415-558-9970
    *Attorneys for Defendants*                          *Attorneys for Plaintiff*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Date:  April 19, 2019

_____
EDWARD DAVILA
UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order Extending
Deadline for Preliminary Pretrial Conference
and Preliminary Pretrial Conference Statement   - 3 -   CASE No. C 10-01070 EJD